IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TYLER SCOTT PETTY**  **PLAINTIFF**
**ADC #151563**

v.                    No. 3:14-cv-174-DPM-HDY

**DUKE BAILY**, Jailer, Mississippi County
Detention Center; **DALE COOK**, Sheriff,
Mississippi County; **CLAYBORN HICKS**,
Captain, Mississippi County Detention
Center; and **KRISTIE STANKEURY, LPN**,
Mississippi County Detention Center      **DEFENDANTS**

## ORDER

Unopposed recommendation, № 6, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). The Court certifies that an *informa pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 October 2014