IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TYLER SCOTT PETTY**
ADC #151563                                                                      **PLAINTIFF**

v.                                    No. 3:14-cv-174-DPM

DUKE BAILY, Jailer, Mississippi County
Detention Center; DALE COOK, Sheriff,
Mississippi County; CLAYBORN HICKS,
Captain, Mississippi County Detention
Center; and KRISTIE STANKEURY, LPN,
Mississippi County detention Center                             **DEFENDANTS**

## JUDGMENT

Petty's complaint is dismissed without prejudice for failure to prosecute. Local Rule 5.5(c)(2).

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 October 2014